JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MIGUEL TORRES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, A Massachusetts Corporation, and Does 1 through 50 inclusive,<br><br>  Defendants. | Case No. 2:24-cv-10330-AGR<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

1     Pursuant to the stipulation of the Parties, the Court hereby orders that the
2 above-captioned matter is dismissed in its entirety with prejudice, each side to bear
3 her and its own costs and attorneys' fees.
4     IT IS SO ORDERED.

DATED: September 9, 2025

*Alicia G. Rosenberg*
_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
204235305.v1